FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2010 MAY -6 PM 4: 39

STE...
U.S. ... COURT
FOR THE ... DISTRICT
OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| ) | 29 U.S.C. § 501(c) |
| v. ) | |
| LORETTA BROWN, ) | 2:10 CR 73 |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

(EMBEZZLEMENT AND THEFT OF LABOR UNION ASSETS)

On or about May 9, 2005, in the Northern District of Indiana,

**LORETTA BROWN,**

defendant herein, while an officer of the American Federation of State, County and Municipal Employees Local 3491, a labor organization engaged in an industry affecting interstate commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $625;

All in violation of Title 29, United States Code, Section 501(c).

**THE GRAND JURY FURTHER CHARGES**:

## COUNT 2

(EMBEZZLEMENT AND THEFT OF LABOR UNION ASSETS)

On or about June 14, 2005, in the Northern District of Indiana,

**LORETTA BROWN,**

defendant herein, while an officer of the American Federation of State, County and Municipal Employees Local 3491, a labor organization engaged in an industry affecting interstate commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $600;

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

s/ Foreperson
FOREPERSON

DAVID CAPP
UNITED STATES ATTORNEY


BY: s/ Thomas S. Ratcliffe
Thomas S. Ratcliffe
Assistant U.S. Attorney